UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD GRUSHKO,

                Plaintiff,

-v-

HOME DEPOT, U.S.A., INC.,
et al.,

                Defendants.

CIVIL ACTION NO. 25 Civ. 2691 (SLC)

**POST-CONFERENCE ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion at the telephonic conference held today, October 8, 2025, the Court orders as follows:

1. The deadline to complete depositions is EXTENDED to **Friday, November 7, 2025**; and

2. The parties shall file a joint letter by **Tuesday, October 28, 2025** regarding the status of the scheduled mediation in this matter.

Dated:    New York, New York
           October 8, 2025

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**