# AARONSON RAPPAPORT

Aaronson Rappaport Feinstein & Deutsch, LLP

Robert J. Chappell
Phone (212) 593-8481
Fax (212) 593-6970
rjchappell@arfdlaw.com

November 4, 2025

***Via PACER ECF***                                    ***Civil Action No.: 1:25-cv-02691***

Attn: Hon. Sarah L. Cave
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> The parties' request at Dkt. No. 16 is GRANTED and the deadline to file a stipulation of dismissal is EXTENDED to **Friday, December 5, 2025.**
>
> The Clerk of the Court is respectfully directed to close Dkt. No. 16.
>
> SO ORDERED   11/5/25          *Sarah Cave*
>                              SARAH L. CAVE
>                              United States Magistrate Judge

Re:     GRUSHKO, EDWARD v. HOME DEPOT U.S.A., INC. and HD DEVELOPMENT OF
        MARYLAND, INC.
        Our File No:   670.060
        Claim No.:     MATT-198070

Dear Honorable Sarah L. Cave:

        This firm represents Home Depot U.S.A., Inc. ("Home Depot") in connection with the above-referenced matter. Please allow this letter to serve as a joint letter-motion request for the extension of the Parties' time to file a Stipulation of Dismissal to November 19, 2025. The Parties mediated this matter on October 21, 2025, and are currently working finalizing the settlement agreement. The terms of the agreement require further review and approval by both Parties prior to signing and the filing of the stipulation of dismissal.

        No prior requests to extend the above deadlines were previously made. If necessary, the Parties are also available for a status conference with the Court to further discuss this joint request. We thank The Court for Its time and consideration.

| | __Original Extended Date and Deadline__ | __Proposed Extended Date and Deadline__ |
|---|---|---|
| File a Stipulation of Dismissal | 11/5/25 | 12/5/25 |

Attn: Hon. Sarah L. Cave
November 4, 2025

Re:  GRUSHKO, EDWARD v. HOME DEPOT U.S.A., INC. and HD DEVELOPMENT OF
      MARYLAND, INC.

Respectfully submitted,


*Robert J. Chappell*
_____

Robert Chappell, Esq.
Aaronson Rappaport
Feinstein & Deutsch, LLP
*Counsel for Defendant*
**HOME DEPOT U.S.A., INC.**
600 Third Avenue
New York, New York 10016
Tel: (212) 593-6539

GLENN NICK  /s/
_____

Glenn Nick, Esq.
SULLIVAN PAPAIN BLOCK MCMANUS
COFFINAS & CANNAVO
*Counsel for Plaintiff*
**EDWARD GRUSHKO**
1140 Franklin Avenue, Suite 200
Garden City, New York 11530